IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASIF MUSTAFA, and All Others Similarly Situated, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 4:10-CV-01777 |
| LAGNIAPPE INVESTMENTS, LLC d/b/a JACKS GROCERY NO. 22; M&K PANTRY, LLC; STAFFORD CHEVRON, INC.; JACKS GROCERY, INC. d/b/a JACKS GROCERY #2; DARBAR ENTERPRISE, INC. d/b/a JACK'S GROCERY #7; JACK AND SAM, INC. d/b/a JACKS #8; ZESHAN, INC.; IAS, INC.; MVG, LLC; SAIN, LLC; I-TEX GROCERY, INC.; JACK & JEFF, INC.; SAHAR, INC.; GJI GP, LLC; GP I-35 PROPERTIES, LLC; 786 TIME OUT GROCERY, INC.; IKE'S GROCERY, INC.; VIVA GROCERY, INC.; SHI ENTERPRISES, INC.; SIR BUSINESS, INC.; IQBAL HASSANALY ABDULLAH; ABDUL-MALIK AZIZ KHERAJ; KARIM TEJANI; and SHARIF MOMIN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants LAGNIAPPE INVESTMENTS, LLC d/b/a JACKS GROCERY NO. 22; M&K

PANTRY, LLC; STAFFORD CHEVRON, INC.; JACKS GROCERY, INC. d/b/a JACKS

GROCERY #2; JACK AND SAM, INC. d/b/a JACKS #8; ZESHAN, INC.; IAS, INC.; MVG, LLC;

SAIN, LLC; I-TEX GROCERY, INC.; JACK & JEFF, INC.; SAHAR, INC.; GJI GP, LLC; GP I-35

PROPERTIES, LLC; 786 TIME OUT GROCERY, INC.; IKE'S GROCERY, INC.; VIVA

GROCERY, INC.; SHI ENTERPRISES, INC.; SIR BUSINESS, INC.; IQBAL HASSANALY

ABDULLAH; ABDUL-MALIK AZIZ KHERAJ; KARIM TEJANI; and SHARIF MOMIN (collectively "Defendants"), pursuant to the order of this Honorable Court, by their attorneys Tyler & Das, hereby stated below is a listing of parties with a financial interest in the outcome of this litigation:

Defendants:

1.    Lagniappe Investments, LLC d/b/a Jacks Grocery No. 22;

2.    M&K Pantry, LLC;

3.    Stafford Chevron, Inc.;

4.    Jacks Grocery, Inc. d/b/a Jacks Grocery #2 ;

5.    Darbar Enterprise, Inc. d/b/a Jack's Grocery #7;

6.    Jack and Sam, Inc. d/b/a Jacks #8;

7.    Zeshan, Inc.;

8.    IAS, Inc.;

9.    MVG, LLC;

10.    Sain, LLC;

11.    I-Tex Grocery, Inc.;

12.    Jack & Jeff, Inc.;

13.    Sahar, Inc.;

14.    GJI GP, LLC;

15.    GP I-35 Properties, LLC;

16.    786 Time out Grocery, Inc.;

17.    Ike's Grocery, Inc.;

18.     Viva Grocery, Inc.;

19.     SHI Enterprises, Inc.;

20.     Sir Business, Inc.;

21.     Iqbal Hassanaly Abdullah;

22.     Abdul-malik Aziz Kheraj;

23.     Karim Tejani;

24.     Sharif Momin;

Counsel for Defendants:

25.     The law firm of Tyler & Das

26.     Micky N. Das

Plaintiffs:

27.     Asif Mustafa;

28.     All other similarly situated to Plaintiff;

Counsel for Plaintiffs:

29.     Ali S. Ahmed, P.C.; and

30.     Salar Ali Ahmed.

Respectfully submitted,

**TYLER & DAS**


 */S/*    Micky N. Das
MICKY N. DAS
Federal ID No. 10571
State Bar No. 05402300
2000 Bering Drive, Suite 370
Houston, Texas 77057
(713) 739-1900 Telephone
(713) 739-8347 Facsimile
Email: mdas@tylerdaslaw.com
**ATTORNEY FOR DEFENDANTS**


CERTIFICATE OF SERVICE

The undersigned hereby certify that on this ___16th___ day of July 2010, a true and correct copy of the foregoing document has been forwarded either *via* ECF notification, facsimile, certified mail/return receipt requested, and/or hand-delivery to the all parties/persons/entities listed on this page.

Salar Ali Ahmed
7322 Southwest Frwy., Suite 1920
Houston, TX 77074
*Attorney for Plaintiff Asif Mustafa*


 */S/*    Micky N. Das
MICKY N. DAS