**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Asif Mustafa, | ) | |
| And All Others Similarly Situated | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Lagniappe Investments, LLC d/b/a Jacks | ) | CIVIL ACTION |
| Grocery No. 22; M&K Pantry, LLC; | ) | FILE NO. 4:10-CV-01777 |
| Stafford Chevron, Inc.; Jack's Grocery, Inc. | ) | |
| d/b/a Jack's Grocery #2; Darbar Enterprise, | ) | |
| Inc. d/b/a Jack's Grocery #7; Jack and Sam, | ) | |
| Inc. d/b/a Jack's #8; Zeshan, Inc.; IAS, Inc.; | ) | JURY DEMANDED |
| MVG, LLC; Sain, LLC; I-Tex Grocery, Inc.; | ) | |
| Jack & Jeff, Inc.; Sahar, Inc; GJI GP, LLC; | ) | |
| GP I-35 Properties, LLC; 786 Time Out | ) | |
| Grocery, Inc.; Ike's Grocery, Inc.; Viva | ) | |
| Grocery, Inc.; SHI Enterprises, Inc; Sir | ) | |
| Business, Inc.; Iqbal Hassanaly Abdullah; | ) | |
| Abdul-Malik Aziz Kheraj; Karim Tejani; | ) | |
| and Sharif Momin, | ) | |
|      Defendants. | ) | |
| | ) | |
| | ) | |

**Plaintiff Asif Mustafa's
Agreed Motion for Dismissal of Certain Defendants**

Plaintiff Asif Mustafa herein seeks dismissal, without prejudice, of the following

Defendants: 1) M&K Pantry, LLC; 2) Darbar Enterprise, Inc. d/b/a Jack's Grocery #7; 3)

Jack and Sam, Inc. d/b/a Jack's #8; 4) IAS, Inc.; 5) MVG, LLC; 6) Sain, LLC; 7) Sahar,

Inc.; 8) GJI GP, LLC; 9) GP I-35 Properties, LLC; 10) Abdul-Malik Aziz Kheraj; and 11)

Karim Tejani.

Rule 41(a)(2) of the Federal Rules of Civil Procedure states that a court may

dismiss a party "upon order of the court and upon such terms and conditions as the court

deems proper." *See* FED. R. CIV. P. 41(a)(2). Moreover, "motions for voluntary

dismissal [under Rule 41(a)(2)] should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Elbaor v. Tripath Imaging Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).  Defendants consent to the dismissal and therefore the "legal prejudice" exception is inapplicable.

Accordingly, Plaintiff Asif Mustafa respectfully requests that the Court grant his agreed motion to dismiss the eleven (11) Defendants referenced above, and enter an order dismissing only these Defendants, without prejudice.

Plaintiff attaches a proposed Order.

Respectfully submitted,

*/s/ Salar Ali Ahmed*

**Salar Ali Ahmed**
Texas State Bar No. 24000342
S.D. Texas No. 32323
ALI S. AHMED, P.C.
7322 Southwest Freeway, Suite 1920
Houston, Texas 77074
(713) 223-1300 Telephone
(713) 255-0013 Facsimile

ATTORNEY FOR PLAINTIFF
ASIF MUSTAFA

## CERTIFICATE OF SERVICE

This is to certify that on August 19, 2010, a true and correct copy of the above was served upon the following counsel of record pursuant to e-filing notification:

Mr. Micky N. Das
TYLER & DAS
2000 Bering Drive, Suite 370
Houston, Texas 77057

*/s/ Salar Ali Ahmed*
**Salar Ali Ahmed**